Entered
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC PIERRE HALL,<br><br>          Petitioner,<br><br>    vs.<br><br>J. NORWOOD, Warden, et al.,<br><br>          Respondents. | Case No. CV 08-5741-AG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Re Summary Dismissal of Action for Lack of Jurisdiction,

IT IS HEREBY ADJUDGED that this action is summarily dismissed.

DATED: Sept. 15, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY